**Dismissed and Opinion Filed April 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00976-CV

**SHAMIM A CHOWDHURY AND LIZA S CHOWDHURY, Appellants**
**V.**
**THE LENDING PARTNERS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-06710-D**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

Appellants' brief in this case is overdue. By postcard dated March 30, 2021, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file their brief by that time might result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


200976f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHAMIM A CHOWDHURY AND
LIZA S CHOWDHURY,, Appellants

No. 05-20-00976-CV     V.

THE LENDING PARTNERS, LLC,
Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-06710-
D.
Opinion delivered by Justice
Molberg. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 22nd day of April, 2021.